IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERICA ROSE VOUGHT, | No. 4:22-CV-00509 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| WARDEN, PIKE COUNTY CORRECTIONAL FACILITY, | |
| Respondent. | |

## ORDER

### APRIL 28, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Petitioner's application to proceed *in forma pauperis*, Doc. 4, is **GRANTED** for the sole purpose of filing the action.

2. The petition for writ of habeas corpus, Doc. 1, is **DEEMED** filed and **DISMISSED** without prejudice.[1]

3. The Clerk of Court is directed to **NOTIFY** the Petitioner and **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[1] *See* R. GOVERNING § 2254 CASES, R1(b), R4.